UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ANA RODRIGUEZ, §
§
*Plaintiff,* §
§
v. § CASE NO. _____
§
CLIENT SERVICES, INC., §
§
*Defendant.* §
§

### DEFENDANT CLIENT SERVICES, INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Client Services, Inc. ("CSI") hereby removes the subject action from the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, on the following grounds:

1. Plaintiff Ana Rodriguez instituted an action in the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, on August 11, 2021. A copy of the Complaint is attached hereto as Exhibit A.

2. CSI was served on September 1, 2021. Therefore, removal is timely.

3. Plaintiff's Complaint alleges a violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

4. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331, since there is a federal question. This suit falls within the FDCPA which thus supplies the federal question.

5. Pursuant to 28 U.S.C. §1441, et seq., this cause may be removed from the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida.

6. Notice of this removal will promptly be filed with the County Court of the Eleventh

Judicial Circuit in and for Miami-Dade County, Florida and be served on all adverse parties.

7. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendant are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference

8. A jury demand was made in state court.

WHEREFORE, Defendant Client Services, Inc., by counsel, removes the subject action from the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida.

Dated: September 21, 2021.                    Respectfully submitted,

/s/ Dale T. Golden
Dale T. Golden, Esq.
FBN: 0094080
/s/ Charles J. McHale
Charles J. McHale, Esq.
FBN: 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500
Direct: (813) 251-3632
Fax: (813) 251-3675
dgolden@gsgfirm.com
cmchale@gsgfirm.com