UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-23389-GAYLES/TORRES
1:21-cv-23390-GAYLES/TORRES

**ANA RODRIGUEZ**,

    Plaintiff,

v.

**CLIENT SERVICES, INC.**,

    Defendant.

_____/

### ORDER GRANTING DEFENDANT'S MOTIONS TO CONSOLIDATE

**THIS CAUSE** comes before the Court upon Defendant Client Services, Inc.'s ("Defendant") Unopposed Motion to Consolidate, Case No. 21-CIV-23389-GAYLES, [ECF No. 16], and Defendant's Motion to Consolidate, Case No. 21-CIV-23390-GAYLES, [ECF No. 12]. Having reviewed the record and being otherwise fully advised, it is

**ORDERED AND ADJUGED** as follows:

1. Case number 21-cv-23390-DPG is hereby **CONSOLIDATED** into the action, 21-cv-23389-DPG.

2. Case number 21-cv-23390-DPG shall be administratively **CLOSED**. All future filings shall be made in the action, 21-cv-23389-DPG.

3. The Clerk of Court shall docket this Order in case numbers 21-cv-23389-DPG and 21-cv-23390-DPG.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of November, 2021.

                                          DARRIN P. GAYLES
                                          UNITED STATES DISTRICT JUDGE